MARK J. CONNOT (SBN 010010)
mconnot@foxrothschild.com
KEVIN M. SUTEHALL (SBN 009437)
ksutehall@foxrothschild.com
FOX ROTHSCHILD LLP
One Summerlin
1980 Festival Plaza Dr.
Suite 700
Las Vegas, Nevada 89135
Telephone:    702.262.6899
Facsimile:     702.597.5503
*Attorneys for Defendants A.P. Nonweiler Co., Inc. and Renovo Capital, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CALICO MINERALS PROCESSING, LLC, a Nevada domestic limited-liability company,<br><br>Plaintiff,<br><br>v.<br><br>A.P. NONWEILER CO., INC., a Wisconsin corporation; RENOVO CAPITAL, LLC, a Texas limited-liability company; DOES 1-10 and ROE CORPORATIONS 1-10, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-00967-JAD-MDC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rules IA 6-1 and IA 6-2, Plaintiff Calico Minerals Processing, LLC ("Plaintiff") and Defendants A.P. Nonweiler Co., Inc. and Renovo Capital, LLC ("Defendants," together with Plaintiff, the "Parties"), respectfully request that the Court approve this Stipulation to Extend the Deadline for Defendants to Respond to Plaintiff's First Amended (the "FAC"). This is the Parties' first request.

IT IS HEREBY STIPULATED AND AGREED as follows:

1. On February 21, 2025, Plaintiff filed its FAC in the Eighth Judicial District Court, Clark County, Nevada, Case No. A-25-913131-C. ECF No. 1-1 at 2-8.

2. On May 2, 2025, Plaintiff caused Defendants to be served with copies of the FAC and summonses. ECF No. 1-3.

173020049

3. On June 2, 2025, Defendants filed a Notice of Removal from the Eighth Judicial District Court to the United States District Court for the District of Nevada. ECF No. 1.

4. Pursuant to FRCP 81(c), the deadline for Defendants to serve a response to Plaintiff's Complaint is June 9, 2025.

5. Plaintiff consents to Defendants' request for a two-week extension to respond to the FAC, up to and including June 23, 2025.

6. Defendants request the extension to allow the Parties to continue to explore potential settlement prior to incurring additional expense, to accommodate Defendants' undersigned counsel's travel schedule, and because of pending and upcoming deadlines in Defendants' counsel's other matters.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

173020049

7. This request is not intended to cause delay or prejudice any party.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties that the deadline for Defendants to respond to Plaintiff's FAC be extended to June 23, 2025.

DATED: June 6, 2025

FOX ROTHSCHILD LLP

*/s/ Kevin M. Sutehall*
MARK J. CONNOT (010010)
mconnot@foxrothschild.com
KEVIN M. SUTEHALL (009437)
ksutehall@foxrothschild.com
One Summerlin
1980 Festival Plaza Dr., Suite 700
Las Vegas, Nevada 89135
*Attorneys for Defendants A.P. Nonweiler Co., Inc. and Renovo Capital, LLC*

DATED: June 6, 2025

HUTCHISON & STEFFEN, PLLC

*/s/ Scot L. Shirley*
JOSEPH R. GANLEY (5643)
jganley@hutchlegal.com
TIMOTHY R. KOVAL (12014)
tkoval@hutchlegal.com
SCOT L. SHIRLEY (15326)
sshirley@hutchlegal.com
Peccole Professional Park
10080 West Alta Drive, Ste 200
Las Vegas, Nevada 89145
*Attorneys for Plaintiff Calico Minerals Processing, LLC*

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
DATED: 6/17/2025

173020049