MARK J. CONNOT (SBN 010010)
mconnot@foxrothschild.com
KEVIN M. SUTEHALL (SBN 009437)
ksutehall@foxrothschild.com
FOX ROTHSCHILD LLP
One Summerlin
1980 Festival Plaza Dr.
Suite 700
Las Vegas, Nevada 89135
Telephone:   702.262.6899
Facsimile:    702.597.5503
*Attorneys for Defendants A.P. Nonweiler Co., Inc. and Renovo Capital, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CALICO MINERALS PROCESSING, LLC, a Nevada domestic limited-liability company,<br><br>Plaintiff,<br><br>v.<br><br>A.P. NONWEILER CO., INC., a Wisconsin corporation; RENOVO CAPITAL, LLC, a Texas limited-liability company; DOES 1-10 and ROE CORPORATIONS 1-10, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-00967-JAD-MDC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**(SECOND REQUEST)** |

Pursuant to Local Rules IA 6-1 and IA 6-2, Plaintiff Calico Minerals Processing, LLC ("Plaintiff") and Defendants A.P. Nonweiler Co., Inc. and Renovo Capital, LLC ("Defendants," together with Plaintiff, the "Parties"), respectfully request that the Court approve this Stipulation to Extend the Deadline for Defendants to Respond to Plaintiff's First Amended Complaint (the "FAC"). This is the Parties' second request.

IT IS HEREBY STIPULATED AND AGREED as follows:

1. On February 21, 2025, Plaintiff filed its FAC in the Eighth Judicial District Court, Clark County, Nevada, Case No. A-25-913131-C. ECF No. 1-1 at 2-8.

2. On May 2, 2025, Plaintiff caused Defendants to be served with copies of the FAC and summonses. ECF No. 1-3.

173652841

3. On June 2, 2025, Defendants filed a Notice of Removal from the Eighth Judicial District Court to the United States District Court for the District of Nevada. ECF No. 1.

4. Following removal, the deadline for Defendants to serve a response to Plaintiff's FAC was June 9, 2025 pursuant to FRCP 81(c).

5. On June 17, 2025, the Court granted the Parties first stipulation to extend the deadline for Defendants to respond to the FAC. ECF No. 7. Pursuant to that order, the deadline for Defendants was extended by two weeks, to June 23, 2025. *Id*.

6. The Parties have continued to engage in settlement negotiations since they submitted the first stipulation to extend the response deadline on June 6, 2025 and are close to reaching a resolution.

7. The Parties therefore request an additional two-week extension to allow them to continue to explore potential settlement prior to incurring additional expense.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

173652841

8. This request is not intended to cause delay or prejudice any party.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties that the deadline for Defendants to respond to Plaintiff's FAC be extended to July 7, 2025.

DATED: June 20, 2025

FOX ROTHSCHILD LLP

*/s/ Kevin M. Sutehall*
MARK J. CONNOT (010010)
mconnot@foxrothschild.com
KEVIN M. SUTEHALL (009437)
ksutehall@foxrothschild.com
One Summerlin
1980 Festival Plaza Dr., Suite 700
Las Vegas, Nevada 89135
*Attorneys for Defendants A.P. Nonweiler Co., Inc. and Renovo Capital, LLC*

DATED: June 20, 2025

HUTCHISON & STEFFEN, PLLC

*/s/ Joseph R. Ganley*
JOSEPH R. GANLEY (5643)
jganley@hutchlegal.com
TIMOTHY R. KOVAL (12014)
tkoval@hutchlegal.com
SCOT L. SHIRLEY (15326)
sshirley@hutchlegal.com
Peccole Professional Park
10080 West Alta Drive, Ste 200
Las Vegas, Nevada 89145
*Attorneys for Plaintiff Calico Minerals Processing, LLC*

IT IS SO ORDERED

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge

DATED: 6/23/2025

3

173652841