Joseph R. Ganley (5643)
Timothy R. Koval (12014)
Scot L. Shirley (15326)
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel:   (702) 385-2500
Fax:   (702) 385-2086
jganley@hutchlegal.com
tkoval@hutchlegal.com
sshirley@hutchlegal.com

*Attorneys for plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CALICO MINERALS PROCESSING, LLC, a Nevada domestic limited-liability company, | Case No. 2:25-CV-00967-JAD-MDC |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE** |
| A.P. NONWEILER CO., INC., a Wisconsin corporation; RENOVO CAPITAL, LLC, a Texas limited-liability company; DOES 1-10 and ROE CORPORATIONS 1-10, inclusive, | ECF No. 13 |
| Defendants. | |

Plaintiff Calico Mineral Processing, LLC ("Plaintiff") and Defendants A.P. Nonweiler Co., Inc. and Renovo Capital, LLC ("Defendants") stipulate that Plaintiff's claims against all Defendants in this matter be dismissed in their entirety, with prejudice, each party to bear its own costs and attorneys' fees.

///

///

///

///

|  |  |
|---|---|
| DATED this 25th day of August, 2025. | DATED this 25th day of August, 2025. |
| HUTCHISON & STEFFEN, PLLC | FOX ROTHSCHILD LLP |
| */s/Scot L. Shirley* | */s/Kevin M. Sutehall* |
| Joseph R. Ganley (5643)<br>Timothy R. Koval (12014)<br>Scot L. Shirley (15326)<br>Peccole Professional Park<br>10080 West Alta Drive, Suite 200<br>Las Vegas, NV 89145 | Kevin M. Sutehall (9437)<br>One Summerlin<br>1980 Festival Plaza Drive, Suite 700<br>Las Vegas, NV 89135 |
| *Attorneys for Plaintiff* | *Attorneys for Plaintiff* |

## ORDER

Based on the parties' stipulation **[ECF No. 13]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: August 25, 2025